# Monica Wrobel plaintiff v hilton Lexington ky/ ne

Eastern District of Kentucky
**FILED**
SEP 13 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Monica <monicatroublebill@gmail.com>

Tue 9/13/2016 3:39 PM

To: The UPS Store #3095 <store3095@theupsstore.com>;

Monica Wrobel plaintiff  v hilton Lexington ky/ new castle hotels and resorts defendant

   Monica Wrobel is waitress/ room service attendant
Hilton Lexington downtown is defendant

Monica Wrobel held that position from 12/24/1999 until time her termination around May 27 2015

   Monica Wrobel has had ADHD disorder

Hilton hotels was very well aware of her condition

  On 03/14/2014 Human Resources Director  mandated for Monica Wrobel to establish Humana Vitality account in his presence.

Tim Aven created and retained Monica Wrobel login and password .

  In around two weeks afterwords Monica Wrobel verbally requested Tim Aven  for her information login and password to be given to her .

  When opened Monica Wrobel  account and discovered her information was falsely  entered  and noticed errors in submitting her vitality wellness information .Monica Wrobel has never completed health assessment education or never answered  questions about smoking or she has never sign up for health coaching assistance . Account also contained medical history  including doctor visits and list of medication with detailed information about prescription name and amount is prescribed to her .
Hilton is self insured employer .With that means Hilton pays for all claims from its own account .Having access to information like this imposes danger in employment making decision .It giving employer information which employee making insurance spending to high .


   X
  It is in violation of ADA of entering medical information that is not job related or consistent with business necessity.

On August 1 2014 during conversation between Monica Wrobel , in presence  Michael Shaver restaurant general manager and a Chase Thomas rooms service  she got advice how to cheat Humana Vitality to earn more points , Michael Shaver advice was to start from bad score like claiming smoking as bad habit  , to be able improve and earn more points

    Chase explain each athletic event gonna bring 500 points and only what you need is your picture .He used his old photos from the time he was hiking.

Chase Thomas also said that on paper he is no longer smoking , Which was not

By 17 of June Monica Wrobel has reached silver status without any impute of her own towards getting healthier.


02/05/215 Monica Wrobel shared findings with Michael Shaver  about rewards are paid by Hilton and Humana is only administrator .Michael  Shaver stated Tim Aven should curb cheating on so big scale .

On February 15 2015 I have told Chase Thomas That vitality program is big scam , And employer getting huge discounts for participation

Around May 19 2015 Bryan Kersey asked Monica Wrobel to write statement about overcharging guest on bill 10 dollars .

On May 21 2015 during receiving Evaluation Bryan Kersey specifically mention that I should use as reason it charge happened because I was not pay attention , when that was legitimate not intentional mistake . And was not caused by my disability how he try to implement .

on 05/23/2015 I overheard my coworkers talking about my case and using word stealing .At this point feeling mentally exhausted i wrote statement saying I am a thief what was false but at this point I felt like one .

In retaliation because of opposition to participate in health ins fraud and
Two hours later I have been suspended .

On May 23 2015 Monica Wrobel was transported to ER , and later send home with diagnosis of depression .

0
Hostile work environment created by management in manner designed to make Monica Wrobel quit in retaliation for complaining of not fair practices and what it's follow not participating in health ins fraud .


Hilton hotels acts were intentional

Humana Vitality was tool to lower cost of health insurance but not to make employees healthier .

By high number of employees participating and at this same time reaching silver status was the main think what Hilton tried to achieve.


By reporting to Michael Shaver about Humana vitality program violations , Monica Wrobel suffered harassment and pressure from management by imposing unwarranted discipline .

During her employment Monica Wrobel tried to reach for help by sending email to Gerry Chase Vice President of New castle Hotels and resorts letting
Hilton interfered coerced and intimidated Monica Wrobel.

The effect of practice of Hilton has been to deprive Monica Wrobel equal employment opportunities and otherwise adversely affect her status as an employee because she exercised rights protected by the ADA

Monica Wrobel
1910 Clintonville RD
PARIS , KY 40361

859-361-4360

Sent from my iPad